Chelliah Sri Kajamukan
Reg # 68981-004
Adams County Correctional Center
P.O. Box 1600
Washington, MS, 39190

FILED by _PG_ D.C.
NOV 07 2014
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. - MIAMI

United States District Court
Southern District of Florida
Honorable Judge Cooke
400 N. Miami Ave, suite 809
Miami, FL. 33128

October 31st, 2014

## PETITION FOR REVIEW CASE
## U.S. vs. Chelliah
### Case # 1:11 20735 Cr Cooke

Honorable Judge Cooke,
        As always, with utmost respect I am sending this correspondence to bring to your attention certain issues regarding my case that I believe the court should be aware of in light of events that have not only prejudice my case but also put my life in danger.

I want to start by stating that since my incarceration, the separation to my loved ones like my wife, my beautiful daughter, the damage that I know I have caused to them, the loss of freedom, the feeling of being in a place that I know I don't belong, all these factors have made me realize that life is short and that I have to do whatever it takes to make up for the time away from my family and loved ones.

Since I was transferred here to Mississippi in order to serve the remaining of my sentence, I am a different person, I have completely transformed my ways.

I have changed in such a way that I believed that the best thing for me to do to show my deterrence was to attempt to do a cooperation with the Government in hopes of

obtaining a time reduction of my sentence in a way of a Rule 35 Motion or any other way that the Government may deem proper, even if this cooperation would put my life at risk.

I became aware of certain people that were doing illegal drug transactions from here, so I decided to obtain legal representation and I contacted the Law offices of Voluck and Merlino.

Mr Volluck came to visit me here in prison and explained the process and how he could get the Government to agree to file a Motion for sentence reduction upon providing the mentioned information.

After I was lead by Mr. Volluck I proceeded to provide the information.

I provided information that led to the arrest of Sergio Lizzarraga in Calexico, Mexico, who at the time was trying to introduce Drugs (Meth) into the United States while driving a car.

The arrest was made on December 1st, 2013. (I have attached a copy of the report of the mentioned information).

After the arrest was made, Mr Voluck my representing counsel send a request to the United States Attorneys office in order to move forward on the Rule 35.

At the end of January, I received a letter from Mr. Voluck stating that in a phone conversation with AUSA Cory Steinberg, the government stated that the U.S Attorneys office was not gonna submit a Rule 35 Motion on my behalf for reasons that were not either shared with me or discussed clearly with my representing Attorney Mr Volluck. (On the letter it is stated that the amount of drugs was minimal (less than a Kilo) plus that the government frowns on third party cooperation. (copy of letter attached as well).

At the time of providing the information I was never told that there would be Minimum requirements such as, what kind of drugs or the quality of drugs

Should we use the concept of " less than a Kilo" in this case, the arrest was importation of Meth[1].

I believe that the government and Mr Voluck had some kind of agreement that was not disclosed with me in full.

After the receiving of that letter, Mr Voluck stated that there was nothing else he can do. For that "representation" from Mr Voluck I received a bill of $11.000

Soon after and out of desperation, I contacted the offices of Sam Zangeneh (who represented me on my original case), and explained the situation.

Mr Zangeneh told me that he could **"salvage"** the situation and get the Government to move on the rule 35 Motion based on the information provided. For that we agreed on a $15.000 fee.

Again, nothing happened from Mr. Zangeneh, and still I received the bill.

---

1 (.The total amount seized was **0.56 Kg** of Meth. That is the equivalent to a little over **1.000 kg** of marihuana under the new guidelines).

Your Honor I feel that I have been misled and betrayed, not only by the representing attorneys mentioned herein, who, as you can see, took a lot of money for doing nothing but send one letter to the prosecutor and may be a phone call, but by the Government who just ignored a cooperation effort only because of an amount of drugs, regardless of the whole concept of a cooperation, deterrence and fairness.

Your Honor, in my limited knowledge of law, it is my understanding that you may not be able to help me in legal matters. I know that a Rule 35 motion is within the Government's discretion, and that as a matter of policy, personal correspondence cannot be responded.
Would the court deem appropriate that in order to maintain impartiality in the exercise of judicial duties, instead of treating this correspondence as personal, treat this correspondence as a Motion to compel or any other legal way in order to request all the parties to please explain to the court why I have been misinformed, misled, lied to, and as you can see, taken advantage of, may this court take action for the information provided even if the mentioned information do not rise to the level of a cooperation motion or a sentence reduction motion, may the court provide remedy after review of all the facts mentioned herein or may the court grant a Motion to Compel and request a memorandum of law in support on my petition, and please allow me to provide such within a reasonable time limit.

I want to thank you your Honor for your time reading this letter, your patience and understanding.


Respectfully yours,


_____
Chelliah Sri Kajamukan

## CERTIFICATE OF SERVICE

I, Chelliah Sri Kajamukan, Hereby declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.
I served (1) copy of the Petition to review case to each of the parties involved, Marked as "legal Mail" and deposited in a mailbox here at Adams County Correctional where I am housed at present, and sent to the following:

United States District Court
Southern District of Florida
Honorable Judge Cooke
400 N. Miami Ave, suite 809
Miami, FL. 33128

United States Attorneys Office
500 E. Broward Street
Fort Lauderdale, FL. 33394

Law Offices of
Voluck and Merlino, P.L.
101 N.E. Thried Avenue
Fort Lauderdale, FL. 33301

Saam Sangeneh
777 Brickell Av
Miami, FL. 33131

All parties required to be served have been served.

_C. K. Mukan_
---------------------------------
Chelliah Sri Kajamukan

# Law Offices
# Voluck & Merlino, P.L.
CRIMINAL DEFENSE

A PROFESSIONAL CORPORATION
1500 Walnut Street
Suite 1100
Philadelphia, PA 19102

Tel (215) 546-7755
Fax (215) 546-2760

A PROFESSIONAL ASSOCIATION
101 N.E. Third Avenue
Suite 1430
Fort Lauderdale, FL 33301

Tel (954) 467-8989
Fax (954) 745-7698

JEFFREY M. VOLUCK, P.A.*
RICHARD A. MERLINO, P.A.

*Member of Pennsylvania and Florida Bars
Please REPLY to Florida Office

January 6, 2014

Correy Steinberg
Assistant United States Attorney
U.S. Attorney's Office
500 E. Broward Blvd.
Ft. Lauderdale, Fl. 33394

Francis Villamontes,
Assistant United States Attorney
500 E. Broward Blvd.
Ft. Lauderdale, Fl. 33394

Sri Kajamukan Chelliah, #68981004
CI Adams County
Correctional Institution
P.O. Box 1600
Washington, MS 39190

Dear Ms. Steinberg:

As you know, my above named client who is serving time in Jackson County Correctional institute in Mississippi has been attempting to do cooperation in the hopes of obtaining a rule 35. Pursuant to same, he supplied information to DEA agent Michael P. Ahern resulting in an arrest for methamphetamine in Calexico, California.

I am enclosing herewith a copy of Mr. Ahern's email containing said information.

After you digest the aforementioned, I would appreciate your contacting me at my office in order to see if we can move forward on a rule 35.

Your attention to this matter is greatly appreciated.

LAW OFFICES
# VOLUCK & MERLINO, P.L.
CRIMINAL DEFENSE

A PROFESSIONAL CORPORATION
1500 Walnut Street
Suite 1100
Philadelphia, PA 19102

Tel (215) 546-7755
Fax (215) 546-2760

JEFFREY M. VOLUCK, P.A.*
RICHARD A. MERLINO, P.A.

A PROFESSIONAL ASSOCIATION
101 N.E. Third Avenue
Suite 1430
Fort Lauderdale, FL 33301

Tel (954) 467-8989
Fax (954) 745-7698

*Member of Pennsylvania and Florida Bars
Please REPLY to Florida Office


January 28, 2014

**LEGAL MAIL**
Sri Kajamukan Chelliah #68981004
CI Adams County
Correctional Institution P.O. Box 1600
Washington, MS 39190

Dear Mr. Chelliah,

Please be advised that I received a telephone call from AUSA Cory Steinberg, head of a drug unit in Department of Justice in Fort Lauderdale. Unfortunately, she stated that the amount of drugs recovered was minimal, less than a kilo, and that her office frowns on third party cooperation.

At this point, I have done the best I can for you, and I will be closing out your file.

Yours truly yours,

Jeffrey Voluck

"Ahern, Michael P." <Michael.P.Ahern@usdoj.gov>
RE: NCIC/NLETS Detail record 0003
December 26, 2013 11:31 AM

---

**From:** Ahern, Michael P.
**Sent:** Thursday, December 12, 2013 10:36 AM
**To:** 'acquit00@bellsouth.net'
**Subject:** FW: NCIC/NLETS Detail record 0003

**0.56 kgs Meth / 1 Arrest**
Date:   12/01/13       Time: 1950 hours
Location:  Calexico West POE
Concealment Method: Duffle bag

SUBJECT DATA
Violator: Sergio Lizarraga Molina
Sex: Male     Age: 37
Occupation:
Place of Birth: Mexico
Residence: 1928 Rio Champoton Palaco Mexicali, MX.
Destination:  Calexico
ID Type/#: Birth Certificate
Disposition of Subject & Documents: DSP-150
Subject was a DFC to the Birth Cert/Turned over to HSI

VEHICLE DATA
Make: Ford  Model: Escort  Year: 1998
Color: Blue
License Plate:  5WIH984
Owner: Carlos Martinez

KEY SEIZURE POINTS
Primary Officer requested K9
K9 alert to trunk
Inspection of duffle bag in trunk positive
One package discovered in duffle bag


**From:** NCIC-NLETS
**Sent:** Thursday, December 12, 2013 10:34 AM
**To:** Ahern, Michael P.
**Subject:** NCIC/NLETS Detail record 0003

```
DEA34729 10:34:06 12/12/13
JIDEA.FLDEA1320.MRI6754423
CR.WVFBINF00


08:34 12/12/2013 10360

08:34 12/12/2013 02144 FLDEA1320
MRI6754423
TXT
HDR/2L01MRI6754423
ATN/MICHAEL AHERN
********************   CRIMINAL HISTORY RECORD   *********************
Data As Of              2013-12-12
```



```
*************************** Introduction ***************************
This rap sheet was produced in response to the following request:
FBI Number            117515XD1
Request Id            MRI6754423
Purpose Code          C
Attention             MICHAEL AHERN
The information in this rap sheet is subject to the following caveats:
This record is based only on the FBI number in your request-117515XD1.
Because additions or deletions may be made at any time, a new copy
should be requested when needed for subsequent use. (US; 2013-12-12)
All arrest entries contained in this FBI record are based on
fingerprint comparisons and pertain to the same individual. (US;
2013-12-12)
The use of this record is regulated by law. It is provided for official
use only and may be used only for the purpose requested. (US;
2013-12-12)
*************************** IDENTIFICATION ***************************
Subject Name(s)
LIZARRAGA MOLI, SERGIO DAVID
LIZARRAGA MOLINA, SERGIO     (AKA)
LIZARRAGA MOLINA, SERGIO DAVID   (AKA)
LIZARRAGA, SERGIO DAVID   (AKA)
LIZARRAGA-MOLINA, SERGIO DAVID   (AKA)
Subject Description
FBI Number            State Id Number
117515XD1             Unknown (XX)
Miscellaneous Numbers
1160289041            Unknown              Unknown
Sex                   Race
Male                  White
Height                Weight               Date of Birth
5'08"                 160                  1976-06-27
                                           1976-06-27
                                           1976-02-27
Hair Color            Eye Color            Fingerprint Pattern
Black                 Brown                UC UC UC UC UC UC UC UC UC UC (
Other)
Place of Birth        Citizenship
MM                    MM
Fingerprint Images
Photo Images
Photo Image Available        FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Available Image              Other
(No Photo Image Transmitted
Comment:FBI has two photos associated with
                  arrest date of 2013/12/01)
Photo Image Available        DHS ICE INVEST-ASAC EL CENTRO CAICE1000
Available Image              Other
(No Photo Image Transmitted
Comment:Arresting agency has photo associated
                  with arrest date of 2013/12/01)
Photo Image Available        FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Available Image              Other
(No Photo Image Transmitted
Comment:FBI has one photo associated with
                  arrest date of 2013/12/01)
*************************** CRIMINAL HISTORY ***************************
=============================== Cycle 001 ===============================
Earliest Event Date    2013-12-01
-------------------------------------------------------------------------
Arrest Date            2013-12-01
Arrest Case Number
Arresting Agency       CACBP4900 CBP-CALEXICO WEST  CALEXICO
Subject's Name         LIZARRAGA MOLINA, SERGIO DAVID
Charge                 01
       Charge Literal  ALIEN INADMISSIBILITY UNDER SECTION 212
              Agency   CACBP4900 CBP-CALEXICO WEST  CALEXICO
            Severity
```

④

```
============================== Cycle 002 ==============================
Earliest Event Date    2013-12-01
-----------------------------------------------------------------------
Arrest Date            2013-12-01
Arrest Case Number
Arresting Agency       CAICE1000 DHS ICE INVEST-ASAC EL CENTRO
Subject's Name         LIZARRAGA-MOLINA,SERGIO DAVID
Charge                 01
        Charge Literal 3599-DANGEROUS DRUGS
               Agency  CAICE1000 DHS ICE INVEST-ASAC EL CENTRO
             Severity
============================== Cycle 003 ==============================
Earliest Event Date    2013-12-02
-----------------------------------------------------------------------
Arrest Date            2013-12-02
Arrest Case Number     165480871
Arresting Agency       CAICE1000 DHS ICE INVEST-ASAC EL CENTRO
Charge                 01
        Charge Literal UNLAWFUL IMPORTATION OF HER., COC., MAR., HAS.
               Agency  CAICE1000 DHS ICE INVEST-ASAC EL CENTRO
             Severity
Charge                 02
        Charge Literal FALSE STATEMENTS REGARDING CITIZENSHIP
               Agency  CAICE1000 DHS ICE INVEST-ASAC EL CENTRO
             Severity
************************   INDEX OF AGENCIES   *************************
Agency                 FBI-CJIS DIV-CLRKSBG CLARKSBURG; WVFBINF00;
Address
                       1000 CUSTER HOLLOW RD
                       CLARKSBURG, WV 26306
-----------------------------------------------------------------------
Agency                 CBP-CALEXICO WEST  CALEXICO; CACBP4900;
Address
                       200 EAST FIRST ST
                       CALEXICO, CA 92231
-----------------------------------------------------------------------
Agency                 DHS ICE INVEST-ASAC EL CENTRO; CAICE1000;
Address
                       2051 N WATERMAN AVE
                       EL CENTRO, CA 92243
* * * END OF RECORD * * *
```

5

Chelliah Sri Kajamukan
Reg # 68981-004
Adams County Correctional Center
P.O. Box 1600
Washington, MS, 39190

LEGAL MAIL

7010 2780 0002 6168 3959

United States District Court
Southern District of Florida
Honorable Judge Cooke
400 N. Miami Ave, suite 809
Miami FL, 33128

CERTIFIED MAIL

USMS INSPECTED

RECEIVED

Adams County Correctional Center (CCA) Date
P.O. Box 850
Washington, MS 39190

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee please return enclosure to the above address

MAILED FROM ZIP CODE 39190
$03.99⁰
NOV 03 2014
PITNEY BOWES